UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80930-CIV-BLOOM/VALLE

INTRA-LOCK INTERNATIONAL, INC., a
Florida corporation,

    Plaintiff,

vs.

JOSEPH CHOUKROUN, an individual;
PROCESS FOR PRF, SARL, a French Société à
responsabilité limitée; BOCA DENTAL SUPPLY,
LLC, a Florida limited liability company,

    Defendants.
_____/

**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, INTRA-LOCK INTERNATIONAL, INC. and Defendants, JOSEPH CHOUKROUN, PROCESS FOR PRF, SARL, and BOCA DENTAL SUPPLY, LLC, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and that certain Confidential Settlement Agreement, hereby stipulate and request the entry of an Order in the form attached hereto as Exhibit "1" dismissing this case with prejudice, with each party to bear their own costs and attorneys' fees pursuant to and in accordance with the Confidential Settlement Agreement and the Court reserving jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement.

DATED this 4th day of September, 2015.

THIS SPACE LEFT INTENTIONALLY BLANK

2

/s/ Robert E. Pershes
Robert E. Pershes, Esquire
Florida Bar No. 301906
**PERKINS PERSHES, PLLC**
3839 NW Boca Raton Boulevard Suite 200
Boca Raton, Florida 33431
Tel.:  (561) 910-8923
Fax:  (561) 423-3989
E-mail: rpershes@PerkinsPershes.com
service.rpershes@PerkinsPershes.com

/s/ Vijay G. Brijbasi
Vijay G. Brijbasi, Esquire
Florida Bar No. 15037
**ROETZEL & ANDRESS, LPA**
350 Las Olas Blvd.
Las Olas Centre II,
Suite 1150
Fort Lauderdale, FL  33301
Tel.:  (954) 462-4150
Fax:  (954) 462-4260
E-mail: vbrijbasi@ralaw.com
serve.vbrijbasi@ralaw.com
*Attorneys for Plaintiff, Intra-Lock International, Inc.*

/s/ Carlos A. Velasquez
Carlos A. Velasquez, Esq.
Alejandro Larrazabal, Esq.
Velasquez Dolan Arias, P.A.
Boca Dental Supply, LLC
101 N. Pine Island Road, Suite 201
Plantation, FL 33324
CVelasquez@VDATrialLawyers.com
Alarrazabal@VDATrialLawyers.com
*Counsel for Defendant, Boca Dental Supply, LLC*

/s/ Alaina Fotiu-Wojtowicz
Alaina Fotiu-Wojtowicz, Esq.
**Michael S. Olin, P.A.**
Alfred I. DuPont Building, Suite 1224
169 East Flagler Street
Miami, FL 33131
afw@olinlawfirm.com
molin@olinlawfirm.com
igarcia@olinlawfirm.com
sasion@olinlawfirm.com
*Attorneys for Defendants, Joseph Choukroun and Process for PRF, SARL*