UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80930-CIV-BLOOM/VALLE

INTRA-LOCK INTERNATIONAL, INC., a
Florida corporation,

    Plaintiff,

vs.

JOSEPH CHOUKROUN, an individual;
PROCESS FOR PRF, SARL, a French Société à
responsabilité limitée; BOCA DENTAL SUPPLY,
LLC, a Florida limited liability company;
BLUE SKY BIO, LLC, an Illinois limited liability
company; and JOHN DOES 1-20,

    Defendants.
_____/

### PLAINTIFF'S, INTRA-LOCK INTERNATIONAL, INC., LIMITED OBJECTION TO REPORT AND RECOMMENDATION TO THE DISTRICT JUDGE

Plaintiff, INTRA-LOCK INTERNATIONAL, INC. ("Intra-Lock"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 72, hereby files its limited objection to the Report and Recommendation to the District Judge [D.E. 179] (the "Report") and states:

Intra-Lock files this limited objection[1] in good faith and to prevent the Court from erroneously exercising its jurisdiction. If a party timely objects to the Magistrate Judge's recommendations and findings, the District Court must make a *de novo* determination of the objectionable portions of the recommendations and findings. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Further, in resolving objections, "[t]he district judge may accept, reject, or modify

---

[1] As reflected in the Report, "**[a]ny** party to this proceeding may serve and file specific written objections…." (Report at 5) (emphasis added).

the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3).

In Defendant's, BOCA DENTAL SUPPLY, LLC ("Boca Dental"), Motion to Compel Enforcement of Settlement [D.E. 170], Boca Dental references a settlement agreement that was allegedly reached between Boca Dental and Defendants, JOSEPH CHOUKROUN and PROCESS FOR PRF, SARL (collectively, "Choukroun") and requests the Court to enforce same based on the Court's reservation of jurisdiction to enforce the *parties'* Confidential Settlement Agreement. In the Report, the Magistrate Judge noted that, on September 4, 2015, the Court entered an Order of Dismissal with Prejudice and retained jurisdiction to enforce the terms of the *parties*' Confidential Settlement Agreement (Report at 2). The Magistrate Judge further noted that, "[b]ut for the Court's express retention of jurisdiction, a joint stipulation of dismissal is self-executing and would deprive the Court of jurisdiction to take any further action" (Report at 2 n.1).

Based on the language of the Report, it appears that, perhaps due to Boca Dental's inartful explanation, the Magistrate Judge assumed that the alleged settlement agreement between Boca Dental and Choukroun was the same thing as the *parties*' Confidential Settlement Agreement. To be clear, the settlement agreement alleged to exist between Boca Dental and Choukroun is <u>not</u> the same Confidential Settlement Agreement on which the Court retained jurisdiction to enforce. Rather, Defendants' agreement is a side agreement (of which Intra-Lock has no knowledge) and is outside the scope of the parties' Confidential Settlement Agreement. Accordingly, it appears that under the Magistrate Judge's analysis, the Court is without jurisdiction to enforce the alleged side agreement. As such, the Report should not be approved.

WHEREFORE, Plaintiff, INTRA-LOCK INTERNATIONAL, INC., prays this Court respectfully request this Court reject the Report and award such further relief as this Court deems appropriate and just.

Respectfully submitted,

/s/ Vijay G. Brijbasi
Vijay G. Brijbasi, Esq.
Florida Bar No. 15037
**ROETZEL & ANDRESS, LPA**
350 Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301
Tel.: (954) 462-4150
Fax: (954) 462-4260
E-mail: vbrijbasi@ralaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*. I also certify that the foregoing is being served this day upon all counsel of record or *pro se* parties identified in the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Vijay G. Brijbasi
Vijay G. Brijbasi, Esq.
Florida Bar No. 15037

## SERVICE LIST

| | |
|---|---|
| Carlos A. Velasquez, Esq. | Joseph Choukroun |
| Alejandro Larrazabal, Esq. | Process for PRF, SARL |
| Velasquez Dolan Arias, P.A. | 49 rue Gioffredo |
| Boca Dental Supply, LLC | 06000 Nice |
| 101 N. Pine Island Road, Suite 201 | France |
| Plantation, FL 33324 | joseph@a-prf.com |
| CVelasquez@VDATrialLawyers.com | info@a-prf.com |
| Alarrazabal@VDATrialLawyers.com | *(Via Email and U.S. Mail)* |

*Counsel for Boca Dental Supply, LLC*
*(**Via CM/ECF**)*

                                                      /s/ Vijay G. Brijbasi
                                                     Vijay G. Brijbasi, Esq.
                                                     Florida Bar No. 15037

10452644 _1