CASE No. 14-CV-80930-BLOOM/VALE  5/13/2016

RESPONSE TO REPORT AND RECOMMENDATION TO DISTRICT JUDGE

Defendant: Dr. Joseph Choukroun,

I respectfully dispute the reimbursement of Boca Dental's attorney's fees and cost based on the following reasons:

1. Under the mediation agreement signed on September 3rd, 2015 with the plaintiff Boca Dental it was never agreed that I individually or Process for PRF sarl either to reimburse the $30,000 attorney's fees and costs to Boca Dental.

2. I do not recall at any time during the entire litigation it was verbally or in writing agreed to between Process for PRF sarl or me personally and Boca Dental Supply or Mr. Alvaro Betancur.

On this ground we respectfully demand that the motion to compel payment of the $30,000 of attorney's fees and costs requested by Boca Dental Supply.

Sincerely,

Dr. Joseph Choukroun

CASE No 14-80930 BLOOM/VAE

US Federal Building a Court House
299 EAST BROWARD Boulevard #108
FORT LAUDERDALE FL 33301

Jaseph CHOUKROUN
49 Rue Gioffredo
06 000 Nice France

